FILED
October 26, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003859106

ERIC SCHWAB, Bar No. 145600
THOMAS L. AMBERG, JR., Bar No. 269970
LAW OFFICES OF NELSON & SCHWAB
1420 RIVER PARK DRIVE, STE. 140
SACRAMENTO, CA 95815
(916)564-9588

ATTORNEY(S) FOR DEBTOR(S)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

STRICKLAND, WAYMAN JR.
STRICKLAND, MICHELLE

_____Debtor(s)_____/

Case No: 11-24419-D-7
DC No: EJS-3

MOTION TO COMPEL ABANDONMENT

Date: November 9, 2011
Time: 9:30 a.m.
Judge: BARDWIL
Dept: D, Rm 34, 6th Flr.

Debtors move the Court as follows:

1. Debtors scheduled as assets in this case certain real and personal property. Schedules A and B are provided as Exhibit A.

2. Among the assets scheduled by Debtor, the only asset which is being pursued by the Trustee is the Debtor's 2010 tax refund. Debtors have since amended their schedules to exempt the entire amount of the tax refund. A timeshare listed in the Debtors' schedules is partially exempted, but all other assets were either claimed exempt in Schedule C, or were over-encumbered by secured debt listed on Schedule D. Schedules C and D are provided as Exhibit B.

3. No objections to Debtors' claims of exemption on Schedule C were filed. Debtors believe that the real estate located at 5425 Brook Meadow Court, Stockton, CA is over-encumbered by debt and of no consequence or burden to the estate.

///
///

4. Debtors request the Court to compel the Trustee to abandon the property located at 5425 Brook Meadow Court, Stockton, CA.

**Wherefore**, Debtors Pray:

1. For an order compelling the Chapter 7 Trustee to abandon said property from the bankruptcy estate.
2. For other relief the Court deems just and proper.

Dated: 10/26/11

Law Offices of Nelson & Schwab

By: _____
Thomas L. Amberg, Jr., Attorney at Law

Motion to Compel Abandonment of Property - 2